```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

ORQUIDIA PINO,

           Plaintiff,

vs.                                   Case No.  2:06-cv-613-FtM-29SPC

SCHOOL BOARD OF COLLIER COUNTY, FLORIDA,

           Defendant.
_____

ALDELFO RIVES,

           Plaintiff,

vs.                                   Case No.  2:06-cv-615-FtM-29DNF

SCHOOL BOARD OF COLLIER COUNTY, FLORIDA,

           Defendant.
_____

**OPINION AND ORDER**

This matter comes before the Court on Defendant, The School Board of Collier County, Florida's Motion to Dismiss Plaintiff's Complaint (Doc. #13), filed on January 17, 2007, in both cases.[1] Plaintiffs, both represented by the same counsel, filed a Memorandum of Law in Opposition to Motion to Dismiss (Doc. #18) on February 20, 2007.

---

[1] Although not consolidated, the cases are virtually identical and therefore may be addressed simultaneously.  The Court notes that a third case presents the same facts and is currently pending before the Honorable Marcia Morales Howard.  See Case No. 2:06-cv-614-FTM-34SPC.

Defendant argues that plaintiffs have failed to plead that they exhausted with the Equal Employment Opportunity Commission (EEOC) and/or that they received a Right to Sue letter from the EEOC.  Plaintiff responds that the Complaints are adequately pled under Fed. R. Civ. P. 8 and 9(c) by the inclusion of the statement "Plaintiff has met all conditions precedent to filing this suit" in both Complaints.  As plaintiffs state, the law is clear.  The general averment in the Complaint that conditions precedent were met is sufficient to satisfy Rule 9(c).  EEOC v. Klingler Elec. Corp., 636 F.2d 104, 106 (5th Cir. Unit A Feb. 1981)[2]; Jackson v. Seaboard Coast Line R. Co., 678 F.2d 992, 1010 (11th Cir. 1982). Therefore, the motions to dismiss will be denied.  Of course, Rule 11 sanctions are available against plaintiff and plaintiff's counsel if the statement turns out to be false.

Accordingly, it is now

**ORDERED**:

Defendant, The School Board of Collier County, Florida's Motions to Dismiss Plaintiff's Complaint (Doc. #13) are **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this __4th__ day of June, 2007.

_____
JOHN E. STEELE
United States District Judge

---

[2] In Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc) the Eleventh Circuit adopted as binding precedent all the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.